CHARLES H. E. VAN DYKE, Appellant, v. LOUIS COHEN, Respondent, et al., Defendants.— In an action in ejectment, order and judgment (one paper) dismissing the complaint on the merits, with costs, and awarding an extra allowance, modified on the facts by reducing the extra allowance to the sum of $300. As so modified, the order and judgment is unanimously affirmed, with costs to respondent. No opinion. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

## (July 17, 1944.)

In the Matter of JOSEPH B. CAVALLARO, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and SYLVESTER F. SABBATINO, Appellant.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Close, P. J., Hagarty, Johnston and Lewis, JJ., concur.

In the Matter of ARTHUR KRAM, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Close, P. J., Hagarty, Johnston and Lewis, JJ.. concur.